# EXHIBIT "1"

# BUNKERS' INVOICE DATED JUNE 26, 2012



# INVOICE

| DATE FUELED | INVOICE # |
|---|---|
| June 26, 2012 | BKAINV05714 |

**BILL TO**
TARAK OVERSEAS CORPORATION
KM 1 VIA SAMBORONDON  URB. ENTRERIOS
CALLE SEPTIMA Y RIO VINCES, MZ D1, #10 PISO
HEIGHTWOOD
GUAYAQUIL  ECUADOR   and/or Master, Owners, Operators, Charterers, Managers, Managing Agents
and VESSEL:    BAKU

**SHIP TO**
TARAK OVERSEAS CORPORATION
KM 1 VIA SAMBORONDON  URB. ENTRERIOS
CALLE SEPTIMA Y RIO VINCES, MZ D1, #10 PISO
HEIGHTWOOD
GUAYAQUIL
ECUADOR

| VESSEL | Port | IMO # | TERMS | DUE DATE | REP | INVOICE DATE |
|---|---|---|---|---|---|---|
| BAKU | FERNANDINA | 8811390 | 30 DOD | July 26, 2012 | JTC | July 03, 2012 |

| DESCRIPTION | PRODUCT | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| BUNKER DELIVERY TO THE BAKU AT FERNANDINA ON JUNE 26, 2012. | IFO 180 | 400.3800 | $ 637.00000 | $ 255,042.06 |
| | MGO | 101.1000 | $ 902.00000 | $ 91,192.20 |
| | BARGING | 1.0000 | $ 7,651.00000 | $ 7,651.00 |
| | FEDERAL LUST TAX | 31,594.0000 | $ 0.00100 | $ 31.59 |
| | POLLUTION FEE | 1.0000 | $ 1,550.00000 | $ 1,550.00 |

**NO BANK DEDUCTIONS ALLOWED**

**Total**  $355,466.85

**INTERNATIONAL WIRES:**
Wachovia Bank, N.A.
11 Penn Plaza
NY NY 10038
Account: 2000034531886
SWIFT:  PNBPUS33
Credit: Bunkers International Corp
110 Timberlachen Cir. Ste 1012 Lake Mary, Fl  32746

**USA WIRES:**
Wachovia Bank, N.A.
214 N. Hogan Street    Jacksonville, FL
Account: 2000034531886
WIRE ABA: 063000021
ACH: 063107513
Credit: Bunkers International Corp
110 Timberlachen Cir. Ste 1012 Lake Mary, Fl  32746

**TEL**: (407) 328-7757  **FAX**: (407) 328-0045  **EMAIL**: bunkers@bunkersintl.com
110 TIMBERLACHEN CIRCLE, SUITE 1012, LAKE MARY, FLORIDA 32746 USA